# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## DOCKET NOS. 3:04CR58-Cacheris
## 3:04CR59-Cacheris

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **CONDITIONAL RELEASE ORDER** |
| ) | |
| SAMUEL PAUL CROOK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on information received from Senior U.S. Probation Officer Dianne C. Trombly, a Mental Health Specialist serving the U.S. District Court in Columbia, South Carolina. Ms. Trombly advises the Court in a letter dated March 11, 2008, a copy of which is attached to this Order, that the Forensic Inpatient Services at the William S. Hall Psychiatric Institute have recommended that Mr. Crook be allowed to transition to a Community Residential Care Facility for continued mental health treatment. Ms. Trombly, who has met with Mr. Crook on many occasions, concurs with this recommendation.

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. Mr. Crook shall be allowed to transition to a Community Care Facility as set forth in the "Community Disposition Plan" attached to Ms. Trombly's letter, and subject to the terms and conditions stated therein.

2. Mr. Crook shall be continued on intramuscular administration of antipsychotic medications/mood stabilizers until such time as medical personnel attending Mr. Crook may recommend their discontinuance and the Court amends or removes this condition.

3. The Clerk is directed to send copies of this Conditional Release Order to counsel for the

parties (Scott Gsell and Assistant U.S. Attorney Craig Randall); and to:

>Diane C. Trombly
>Senior U.S. Probation Officer
>1835 Assembly St., Room 611
>Columbia, SC 29201

**SO ORDERED**, this 15th day of April, 2008.

*Carl Horn, III*
Carl Horn, III
United States Magistrate Judge