**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:04CR58-MR**
**DOCKET NO. 3:04CR59-MR**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **SAMUEL PAUL CROOK,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's "Pro-Se Emergency Motion for Hearing" (document #42/document #35) filed June 19, 2009. Pursuant to 18 U.S.C. § 4243(g), a hearing has been scheduled in the United States District Court for the Western District of North Carolina, in Charlotte, North Carolina before the undersigned on July 10, 2009 at 9:30 a.m. to determine if Defendant's rehospitalization at the Just Care facility in Columbia, South Carolina is proper in light of his failure to comply with the Amended Conditional Release Order (document #41/document #34) signed by U.S. District Judge Martin Reidinger on April 28, 2009.

In order to ensure that Defendant is present at this hearing, the South Carolina Department of Mental Health is ordered to work in conjunction with the United States Marshals Service to transport the Defendant, currently hospitalized at the Just Care facility located at 7901 Farrow Road in Columbia, South Carolina, to this hearing on July 10, 2009 at 9:30 a.m. and immediately return Defendant after the hearing has been completed.

The Clerk is directed to send copies of this Order to the United States Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: July 6, 2009

David S. Cayer
United States Magistrate Judge