UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00058-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | **ORDER OF REVOCATION OF** |
| ) | **CONDITIONAL RELEASE ORDER and** |
| ) | **ISSUANCE OF A WARRANT FOR** |
| ) | **ARREST PURSUANT TO** |
| ) | **18 U.S.C. § 4243(g)** |
| ) | |
| **SAMUEL PAUL CROOK,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on a Petition for Warrant for Offender Under Supervision. Review of the petition provides the court with probable cause to believe that defendant has failed to comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment, and has otherwise violated the terms of the Amended Conditional Release Order (#41), the court will Order the initial revocation of the Amended Conditional Release Order, and direct that defendant be arrested and taken without unnecessary delay before the court having jurisdiction over him, to wit, the United States Court for the Western District of North Carolina. 18 U.S.C. § 4243(g).

Upon his arrival in this district, previously appointed counsel shall be reappointed and a hearing shall be held to determine whether he should be remanded to a suitable facility on the ground that, in light of his failure to comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment, his continued release would create a substantial risk of bodily injury to another person or serious damage to property of another. Id.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Petition for Warrant for Offender Under Supervision is **GRANTED**, the Amended Order of Conditional Release is initially **REVOKED**, and a **WARRANT FOR ARREST** is issued authorizing the United States Marshal and any Authorized United States Officer to arrest

**SAMUEL PAUL CROOK**

and to bring such defendant forthwith before a judge of this court without unnecessary delay to answer the Petition for Warrant for Offender Under Supervision, charging him with violating the conditions of the Amended Order of Conditional Release, all in violation of 18 U.S.C. 4243(g).

Signed: December 17, 2013

Max O. Cogburn Jr.
United States District Judge

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_____

| Date Received _____ | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest _____ | _____ | _____ |