IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-CR-058-MOC-DSC and
3:04-CR-059-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SAMUEL PAUL CROOK, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the issue of appointment of counsel for the Defendant. The Court conducted an Inquiry to Counsel hearing on January 28, 2014, which was attended by the Defendant, the Defendant's attorney Scott Gsell, and Assistant United States Attorney Craig Randall. While Mr. Gsell is an experienced attorney with a long history in this case, it is apparent that the relationship between attorney and client has deteriorated to the point that appointment of new counsel is appropriate.

**IT IS, THEREFORE, ORDERED** that new counsel be appointed for the Defendant; Mr. Gsell is withdrawn from further representation of Mr. Crook.

**SO ORDERED**.

Signed: January 30, 2014

David C. Keesler
United States Magistrate Judge