UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00058-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| SAMUEL PAUL CROOK, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se "Motion to Request Plea of NGRI (not guilty by reason of insanity) to be Withdrawn." Defendant is presently represented by court-appointed counsel and, in accordance with the Local Criminal Rules, such motion will be denied. Further, defendant was found not guilty by reason of insanity by verdict entered in 2005, a determination that became final more than one year before filing such motion, In addition, defendant has already filed a Section 2255 petition challenging that verdict, which was dismissed and affirmed by the Court of Appeals for the Fourth Circuit. Thus, there is no relief this court can grant defendant. Having considered defendant's pro se motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se "Motion to Request Plea of NGRI (not guilty by reason of insanity) to be Withdrawn" (#99) is DENIED.

Signed: September 16, 2014

Max O. Cogburn Jr.
United States District Judge