

U. S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS
FEDERAL MEDICAL CENTER

P. O. Box 1600
Butner, North Carolina 27509-1600
(919)575-3900

March 9, 2015

The Honorable David S. Cayer
168 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, North Carolina 28202

RE: CROOK, Samuel Paul
Register Number: 19545-058
Docket Number: 3:04-cr-00058-MOC-DSC-1

Dear Judge Cayer:

The above-referenced individual was admitted to the Mental Health Unit of FMC-Butner on February 24, 2015, pursuant to the provisions of Title 18, United States Code, Section 4243(b).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival and be extended for an additional 30 days. If this request is granted, the evaluation period will end on May 9, 2015. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact Kelly Forbes, Health Systems Specialist at (919) 575-3900 extension 6030.

Respectfully,

for Kenny Atkinson
Complex Warden

GRANTED/DENIED (Circle One)

Signature: _____ DATE: 3-12-15
Magistrate Judge David S. Cayer