UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00058-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SAMUEL PAUL CROOK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's pro se Motion to "Excuse Randolph M. Lee for Ineffective Counsel." Recently, a hearing was conducted at which defendant was appeared and was represented by Mr. Lee. At the conclusion of the hearing, the court determined that defendant was completely incoherent. While the court is pleased to see that defendant has regained the ability to communicate in writing, he has provided absolutely no reason to excuse Mr. Lee, who this court has personally observed as providing defendant with excellent representation. Defendant is encouraged to continue to work with his mental health providers as it is obvious that such treatment is beneficial. Further, defendant is advised that this court has the utmost confidence in Mr. Lee and that he will alert the court as soon as any legal relief may become available.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to "Excuse Randolph M. Lee for Ineffective Counsel" (#113) is DENIED.

Signed: August 31, 2015

Max O. Cogburn Jr.
United States District Judge