UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-00058-MOC-DSC

[consolidated with 3:04cr59]

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SAMUEL PAUL CROOK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Motion to Terminate Conditional Release. While defendant states that he has complied with all conditions of his conditional release for the past year, review of the docket reveals that defendant has only completed four months of a maximum 12 month period in a local Residential Reentry Center.

This Court is encouraged by defendant's self-report of compliance, but remembers all too well the seriousness of his condition when he went off his medication. Before this Court would consider terminating conditional release favorably as defendant suggests, additional information is needed from defendant's Probation Officer, a knowledgeable person at the Reentry Center, and the opinion of any mental health care professional who is overseeing his care. The Court would also want to review a post-termination Plan that indicated plaintiff had a stable place to live, someone who would assure this Court and the public that he would continue to take his medication, and some assurance that defendant had access to the medical care and any therapy he would need. To that end, the Court will deny without prejudice the present request and instruct defendant to work on gathering that important information.

1

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion to Terminate Conditional Release (#137) is **DENIED** without prejudice.

Signed: April 6, 2017

Max O. Cogburn Jr.
United States District Judge