UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-58

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **SAMUEL PAUL CROOK,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Motion for Bond Hearing (#149) and Motion to Appoint to Investigate [*sic*.] (#150). After consulting the record, it appears defendant is still represented by counsel, as an attorney was previously appointed indefinitely on defendant's behalf per an order by this court entered on June 4, 2015. As the Local Criminal Rules prohibit *pro se* pleadings where defendant is represented by counsel, LCrR 47.1(g), the court will deny defendant's motions and encourage him to instead consult with counsel. Having considered defendant's motions, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion for Bond Hearing (#149) and Motion to Appoint to Investigate [*sic*.] (#150) are **DENIED**. Defendant is encouraged to consult with counsel before filing any further motions in this matter.

Signed: January 29, 2018

Max O. Cogburn Jr
United States District Judge