UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CR-00058-MOC-DSC
3:04-CR-00059-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **SAMUEL P. CROOK,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* Motion to Reopen Cases. Dkt. No. 3:04-CR-58, Doc. No. 177; Dkt. No. 3:04-CR-59, Doc. No. 146. Defendant is represented by court-appointed counsel in this matter. Under L.Cr.R. 47.1(g), the Court typically does not entertain *pro se* motions by parties who are already represented by counsel. Defendant is encouraged to consult with his counsel about filing any appropriate motions on his behalf, and the Court will gladly hear any motion defendant's counsel makes on his behalf. Having thus considered Defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* Motion to Reopen Cases—Dkt. No. 3:04-CR-58, Doc. No. 177; Dkt. No. 3:04-CR-59, Doc. No. 146—are **DENIED**.

Signed: August 27, 2020

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge