UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:04-cr-58; 3:04-cr-59

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>)<br>)<br>Vs. )<br>)<br>**SAMUEL PAUL CROOK,** )<br>)<br>Defendant. ) | ORDER |

**THIS MATTER** is before the Court sua sponte.

**NOW, THEREFORE, IT IS ORDERED** that Defendant **is to be returned to the custody of the Bureau of Prisons** pending further updates from the parties regarding Defendant's status.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation office.

**IT IS SO ORDERED**.

Signed: September 7, 2022



Max O. Cogburn Jr
United States District Judge

-1-