UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-00058-MOC-SCR
3:04-cr-00059-MOC-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL PAUL CROOK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

On Wednesday, February 5, 2025, at 2pm EST, the United States District Court for the Western District of North Carolina will hold a hearing as to **Defendant Samual Paul Crook** ("Defendant") and will hear argument on Defendant's pro se Motion for Inquiry of Counsel (Doc. No. 268) as well as the Risk Assessment Panel Report (Doc. No. 270). Defendant shall appear for the hearing remotely.

Defendant is currently detained and housed at the Federal Medical Center, Devens; however, this Order applies to any other confinement/detention facilities (the "Facility") at which Defendant is assigned. The Court hereby **ORDERS** the Facility to make Defendant available for the remote hearing on Wednesday, February 5, 2025, at 2pm EST. The Court further directs the Clerk's Office to provide the Facility with remote log-in instructions for the hearing. The United States Marshals Service shall not transport Defendant at this time.

**SO ORDERED**.

Signed: January 22, 2025

_____
Susan C. Rodriguez
United States Magistrate Judge